UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 3

|  |  |  |
|---|---|---|
| **EDSAL MANUFACTURING CO., LTD.,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | SUMMONS |
| **UNITED STATES,** | ) ) | Court No. 24-00108 |
| **Defendant.** | ) ) ) | |

**TO:** The Attorney General and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Name and Standing of Plaintiff

   Plaintiff in this action, Edsal Manufacturing Co., Ltd., is a manufacturer, producer, and/or wholesaler in the United States of the domestic product that is like the imported product at issue in the challenged determination. Edsal Manufacturing Co., Ltd. was the petitioner in the underlying investigation and, thus, a party to the proceeding that led to the determination being challenged. Accordingly, Edsal Manufacturing Co., Ltd. is an interested party within the meaning of sections 771(9)(C) and 516A(f)(3) of the Tariff Act of 1930, as amended. See 19 U.S.C. § 1677(9)(C); 19 U.S.C. § 1516a(f)(3). As such, Edsal Manufacturing Co., Ltd. has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. Brief description of the contested determination

   The contested determination is the U.S. Department of Commerce's final affirmative determination of sales at less-than-fair-value in its investigation of boltless steel shelving units prepackaged for sale from Thailand. See Boltless Steel Shelving Units Prepackaged for Sale From Thailand: Final Affirmative Determination of Sales at Less Than Fair Value, 89 Fed. Reg. 28,738 (Apr. 19, 2024) ("Final Determination"). The antidumping

duty order on boltless steel shelving from Thailand was published in June 7, 2024. <u>See Boltless Steel Shelving Units Prepackaged for Sale From Malaysia, Taiwan, Thailand, and the Socialist Republic of Vietnam: Amended Final Affirmative Antidumping Duty Determination for Taiwan and Antidumping Duty Orders</u>, 89 Fed. Reg. 48,555 (June 7, 2024) (hereinafter, "<u>AD Order</u>").   The is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i).  This Summons is being filed within 30 days of the publication in the <u>Federal Register</u> of the AD Order and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

3. <u>Date of determination</u>

The U.S. Department of Commerce's <u>Final Determination</u> was signed on April 12, 2024 and was published in the <u>Federal Register</u> on April 19, 2024.  The <u>AD Order</u> was signed on June 3, 2024 and was published in the <u>Federal Register</u> on June 7, 2024.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The Department's final determination was published in the <u>Federal Register</u> on April 19, 2024.  See <u>Boltless Steel Shelving Units Prepackaged for Sale From Thailand: Final Affirmative Determination of Sales at Less Than Fair Value</u>, 89 Fed. Reg. 28,738 (Apr. 19, 2024).  The subsequently issued AD Order was published in the <u>Federal Register</u> on June 7, 2024.  See <u>Boltless Steel Shelving Units Prepackaged for Sale From Malaysia, Taiwan, Thailand, and the Socialist Republic of Vietnam: Amended Final Affirmative Antidumping Duty Determination for Taiwan and Antidumping Duty Orders</u>, 89 Fed. Reg. 48,555 (June 7, 2024).

<div style="margin-left: 40%;">
<u>/s/ Joshua R. Morey</u><br>
KATHLEEN W. CANNON<br>
JOSHUA R. MOREY<br>
GRACE W. KIM<br>
MATTHEW T. MARTIN<br>
KELLEY DRYE & WARREN LLP<br>
3050 K Street, N.W., Suite 400<br>
Washington, D.C.  20007<br>
(202) 342-8867<br>
kcannon@kelleydrye.com<br>
jmorey@kelleydrye.com<br>
gkim@kelleydrye.com<br>
mmartin@kelleydrye.com<br>
<br>
Counsel to Plaintiff Edsal Manufacturing Co., Ltd.
</div>

Dated:   June 24, 2024

## **SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

        Director, Civil Division
        Commercial Litigation Branch
        U.S. Department of Justice
        1100 L Street, N.W., Room 12124
        Washington, D.C. 20530

        General Counsel
        U.S. Department of Commerce
        14th Street & Constitution Avenue, N.W.
        Washington, D.C. 20230

        Attorney-In-Charge
        International Trade Field Office
        Commercial Litigation Branch
        U.S. Department of Justice
        26 Federal Plaza
        New York, NY 10278-0001

                                                              The Honorable Mario Toscano
                                                              Clerk of the Court

Date:  June ___, 2024                                    By: _____

## CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

### Edsal Manufacturing Co., Ltd. v. United States
### CIT Court No. 24-00108

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, Joshua R. Morey, hereby certify that on June 24, 2024, copies of the foregoing Summons, Form 5, Form 11, Form 13, and Forms 17 were served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified mail, return receipt requested unless otherwise indicated:

### UPON THE UNITED STATES

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530

### UPON THE U.S. DEPARTMENT OF COMMERCE

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 1874
Washington, DC 20230

**On behalf of Fuding Industries Company Limited**

David Craven, Esq.
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
Email: david.craven@tradelaw.com


**On behalf of Bangkok Sheet Metal Public Co., Ltd.; Siam Metal Tech Co., Ltd.**

Gregory S. Menegaz, Esq.
deKieffer & Horgan
1156 15th Street, NW
Suite 1101
Washington, DC 20005
Email: gmenegaz@dhlaw.com

                                              /s/ Joshua R. Morey
                                              JOSHUA R. MOREY
                                              KELLEY DRYE & WARREN LLP